1  **CHAD C. BUTTERFIELD, ESQ.**
   Nevada Bar No. 10532
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, NV 89119
4  (702) 727-1400; FAX (702) 727-1401
   Chad.Butterfield@wilsonelser.com
5  *Attorneys for Plaintiff/Stakeholder*
   *Principal Life Insurance Company*
6

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, | Case No.: 2:22-cv-01886-RFB-DJA |
| Plaintiff/Stakeholder, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR LERON SIMON TO RESPOND TO COMPLAINT (First Request)** |
| LERON SIMON, RITA ECKSTUT, LORIT SIMON and MICHAEL ECKSTUT as the Trustee of the SSSR IRREVOCABLE SPENDTHRIFT TRUST DATED 11-2020; | |
| Defendants. | |

Pursuant to local rule IA 6-1, PRINCIPAL LIFE INSURANCE COMPANY, and LERON SIMON, through their attorneys, do hereby stipulate to extend the time for LERON SIMON to file a Response to the Complaint in this matter by 30 days, or until March 6, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 3

278666899v.1

1    This Stipulation is the First Request and this Stipulation is requested to give the Defendants
2 more time to come to a resolution to the issues presented by the Complaint. This extension request
3 is made for good cause.

**IT IS SO STIPULATED.**

DATED this 3rd day of February, 2023.          DATED this 3rd day of February, 2023.

| **WILSON ELSER MOSKOWITZ & DICKER, LLP** | **ANDERSON & BROYLES, LLP** |
|---|---|
| */s/ Chad C. Butterfield* <br> CHAD C. BUTTERFIELD, ESQ. <br> Nevada Bar No. 10532 <br> 6689 Las Vegas Blvd. South, Suite 200 <br> Las Vegas, NV 89119 <br> *Attorneys for Plaintiff/Stakeholder* <br> *Principal Life Insurance Company* | */s/ Karl Andersen* <br> KARL ANDERSEN, ESQ. <br> Nevada Bar No. 10306 <br> 7495 West Azure Dr., Suite 258 <br> Las Vegas, NV 89130 <br> *Attorneys for Defendant* <br> *Leron Simon* |

278666899v.1

## ORDER

IT IS SO ORDERED that the Stipulation to Extend LERON SIMON time to file a Response to the Complaint in this matter is hereby approved and so ORDERED.

**IT IS SO ORDERED** this ___6th___ day of ___February___, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:
**WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER LLP**

By: */s/ Chad C. Butterfield*
CHAD C. BUTTERFIELD, ESQ.
Nevada Bar No. 10532
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for Plaintiff/Stakeholder Principal Life Insurance Company*