SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**SHERMAN LAW, PLLC**
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Telephone: (702) 900-2786
Facsimile: (702) 714-0971
E-Mail:   shlomo@shermanlawlv.com

Attorneys for Defendants RITA ECKSTUT,
MICHAEL ECKSTUT as the Trustee of the
SSSR IRREVOCABLE SPENDTHRIFT TRUST, and
LORIT SEMMENS nee SIMON

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>Plaintiff/Stakeholder,<br><br>vs.<br><br>LERON SIMON, RITA ECKSTUT, LORIT SIMON and MICHAEL ECKSTUT as the Trustee of the SSSR IRREVOCABLE SPENDTHRIFT TRUST DATED 11-2020,<br><br>Defendants/Claimants. | Case No. 2:22-cv-01886-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS/CLAIMANTS RITA ECKSTUT, MICHAEL ECKSTUT AS THE TRUSTEE OF THE SSSR IRREVOCABLE SPENDTHRIFT TRUST, AND LORIT SEMMENS nee SIMON TO RESPOND TO COMPLAINT** |

Pursuant to local rule IA 6-1, Plaintiff PRINCIPAL LIFE INSURANCE COMPANY and Defendants/Claimants RITA ECKSTUT, MICHAEL ECKSTUT as the Trustee of the SSSR IRREVOCABLE SPENDTHRIFT TRUST, and LORIT SEMMENS nee SIMON (collectively, "Defendants"), by and through their respective attorneys, do hereby stipulate to extend the time for Defendants to file a Response to the Complaint in this matter by three weeks, or until March 6, 2023.

///

///

///

///

*SAO re Answer Deadline* (500-00003)

1

SHERMAN LAW, PLLC
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Tel: (702) 900-2786 / Fax: (702) 714-0971

This Stipulation represents Defendants' First Request, and continuance is requested to give the Defendants additional time to clarify certain of the issues presented by the Complaint. This extension request is made for good cause.

IT IS SO STIPULATED.

DATED this 13th day of February, 2023.

**SHERMAN LAW, PLLC**

By _____
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128

Attorneys for Defendants RITA ECKSTUT, MICHAEL ECKSTUT as the Trustee of the SSSR IRREVOCABLE SPENDTHRIFT TRUST, and LORIT SEMMENS nee SIMON

DATED this 13th day of February, 2023.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By */s/ Chad C. Butterfield*
CHAD C. BUTTERFIELD, ESQ.
Nevada Bar No. 10532
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119

Attorney for PLAINTIFF/STAKEHOLDER PRINCIPAL LIFE INSURANCE COMPANY

# ORDER

IT IS ORDERED that the foregoing stipulation to extend the deadline for Defendants/Claimants RITA ECKSTUT, MICHAEL ECKSTUT as the Trustee of the SSSR IRREVOCABLE SPENDTHRIFT TRUST, and LORIT SEMMENS nee SIMON to file a Response to the Complaint in this matter is hereby approved and so ORDERED.

The Response of Defendants/Claimants RITA ECKSTUT, MICHAEL ECKSTUT as the Trustee of the SSSR IRREVOCABLE SPENDTHRIFT TRUST, and LORIT SEMMENS nee SIMON is now due on or before March 6, 2023.

DATE: 2/14/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

SHERMAN LAW, PLLC

By _____
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128

Attorneys for Defendants RITA ECKSTUT, MICHAEL ECKSTUT as the Trustee of the SSSR IRREVOCABLE SPENDTHRIFT TRUST, and LORIT SEMMENS nee SIMON

SHERMAN LAW, PLLC
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Tel: (702) 900-2786 / Fax: (702) 714-0971