1  CHAD C. BUTTERFIELD
   Nevada Bar No. 10532
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, NV 89119
4  (702) 727-1400; FAX (702) 727-1401
   Chad.Butterfield@wilsonelser.com
5  *Attorneys for Plaintiff/Stakeholder*
   *Principal Life Insurance Company*

6

## UNITED STATES DISTRICT COURT

7
## FOR THE DISTRICT OF NEVADA

8

9  PRINCIPAL LIFE INSURANCE COMPANY,          Case No.: 2:22-cv-01886-RFB-DJA

10                              Plaintiff/Stakeholder,

11        vs.                                  **STIPULATION AND [PROPOSED]**
                                               **ORDER FOR DISBURSEMENT OF**
12  LERON SIMON, RITA ECKSTUT, LORIT           **DEPOSITED FUNDS AND FOR**
    SIMON and MICHAEL ECKSTUT as the           **DISMISSAL WITH PREJUDICE**
13  Trustee of the SSSR IRREVOCABLE
    SPENDTHRIFT TRUST DATED 11-2020;
14
                                Defendants.
15

16        Plaintiff, Principal Life Insurance Company ("Plaintiff"), and Defendants, Rita Eckstut,

17  Lorit Simon, and Michael Eckstut as the Trustee of the SSRR Irrevocable Spendthrift Trust and

18  (collectively "Defendants") (Plaintiff and Defendants are collectively referred to as the "Parties"),

19  by and through their respective counsel of record, do hereby stipulate and agree as follows:

20        1.    On July 19, 2024, Principal deposited the proceeds of the Policies into the Registry

21  Account of the Court, totaling $942,575.22 (the "Deposited Funds").

22        2.    The Parties hereby stipulate and agree to the disbursement of $15,000 from the

23  Deposited Funds in favor of Principal Life Insurance Company (the "Principal Disbursement").

24        3.    The Parties further stipulate and agree that, following the Principal Disbursement,

25  the remaining Deposited Funds shall be disbursed as follows: 18% to Leron Simon; 12% to Rita

26  Eckstut; 12% to Lorit Simon; and 58% to Michael Eckstut as Trustee of the SSSR Irrevocable

27  Spendthrift Trust Dated 11-2000 (collectively the "Beneficiary Disbursement").

28

307073319v.1

1    4.    The Parties further stipulate and agree to the dismissal of this action, in its entirety,

2  with prejudice, with each side to bear its own fees and costs, aside from the Principal

3  Disbursement.

4    **IT IS SO STIPULATED.**

5    **Dated: January 17, 2025**

6

7  **WILSON ELSER MOSKOWITZ EDELMAN &**
   **DICKER, LLP**

8  /s/ *Chad C. Butterfield*

9  Chad C. Butterfield, Esq.
   Nevada Bar No. 10532

10 6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, NV 89149

11 Email: Chad.Butterfield@wilsonelser.com

12 *Counsel for Plaintiff/Stakeholder*
   *Principal Life Insurance Company*

13

14

   **SHERMAN LAW, PLLC**

   Shlomo S. Sherman, Esq.
   Nevada Bar No. 9688
   2620 Regatta Drive, Suite 102
   Las Vegas NV 89128
   Email: shlomo@shermanlawlv.com

   *Counsel for Defendants*
   *Rita Eckstut, Michael Eckstut as the Trustee*
   *of the SSSR Irrevocable Spendthrift Trust,*
   *and Lorit Semmens nee Simon*

15 **ANDERSEN & BROYLES, LLP**

16 /s/ *Karl Andersen*

17 Karl Andersen, Esq.
   Nevada Bar No. 10306

18 7495 West Azure Drive, Suite 258
   Las Vegas NV 89130

19 Email: karl@andersenbroyles.com
           brooke@andersenbroyles.com

20

21 *Counsel for Defendant*
   *Leron Simon*

22

23

24    **IT IS SO ORDERED:**

25    _____
      **RICHARD F. BOULWARE, II**

26    **UNITED STATES DISTRICT JUDGE**

27    **DATED**: this 12th day of February, 2025

28

307073319v.1